FILED

APR 0 2 2025

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Bonnie Lefloor

Plaintiff,

v.

Case No. 1:24-cv-204

Erlanger Health System

Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Bonnie Lefloor ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $150.00**

☐ I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

☐ **AND** I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

☑ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/31/2025

(Signature–hand signed)

Name: Jesse Ford Harbison

Firm: Jesse Harbison Law PLLC

Address:

P.O. Box 68251, Nashville, TN 37206

Email address: jesse@jesseharbisonlaw.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

Jesse Harbison
Law

March 31, 2025

**VIA UPS**

LeAnna R. Wilson
Clerk of Court
United States District Court for the Eastern District of Tennessee
Howard H. Baker, Jr. United States Courthouse
800 Market Street, Suite 130
Knoxville, TN 37902

**Re: Motion for Admission *Pro Hac Vice***

Dear Madam Clerk:

Please find enclosed a Motion for Admission *Pro Hac Vice* in the matter of *Bonnie Lefloor v. Erlanger Health System*, Case No. 1:24-cv-204. An application for my admission to practice in this Court is currently pending.

Sincerely,

Jesse Ford Harbison

P.O. Box 68251, Nashville, TN 37206 | 615-415-3285 | jesse@jesseharbisonlaw.com