

149-4000 3945
P:TOPNOR S:ODD
I: 149
US DISTRICT COURT
800 MARKET ST
STE 130
KNOXVILLE TN 37902

JESSE HARBISON
(615) 415-3285
THE UPS STORE #6943
C
922 MAIN ST
NASHVILLE TN 37206-3614

1 LBS          1 OF 1
SHP WT: 1 LBS
DATE: 31 MAR 2025

SHIP   US DISTRICT COURT
TO:    LEANNA R WILSON
       STE 130
       800 MARKET ST

KNOXVILLE TN 37902-2303

 TN 379 9-11

UPS GROUND
TRACKING #: 1Z 2XV 592 03 6949 3945

BILLING: P/P

MMMKKHJBKNOMB ISH 13.00F ZZP 450 12.5V 03/2025

 SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.